UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL TRACY,

    Plaintiff(s),

v.

PHARMACIA & UPJOHN ABSENCE
PAYMENT PLAN, ET AL.,

    Defendant(s).
_____/

Case No. 04-73043

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [30]**

This matter has come before the Court on the Magistrate Judge's June 6, 2005 Report and Recommendation. Begin fully advised in the premises and having reviewed the record and the pleadings, including objections, the Court hereby orders as follows:

- the Magistrate Judge's Report and Recommendation [30] is ACCEPTED and ADOPTED;

- Plaintiff's "Motion to Reverse Administrative Decision" [21] is DENIED; and

- Defendants' "Motion to Affirm the Administrator's Decision" [20] is GRANTED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: June 30, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2005, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager